Debra SOUTHERS, Terry L. Larson, Kathleen Hammett, Rodney I. Clark, Lakoda D. Clark, Plaintiffs/Appellants,

v.

CITY OF FARMINGTON, Defendant/Respondent.

No. ED 98787.

Missouri Court of Appeals, Eastern District, Division Two.

June 25, 2013.

Matthew J. Devoti, Matthew C. Casey, Casey & Devoti, P.C., St. Louis, MO, for appellants.

Mark Zoole, St. Louis, MO, for respondent.

Before KATHIANNE KNAUP CRANE, P.J., MARY K. HOFF, J., and LISA VAN AMBURG, J.

*ORDER*

PER CURIAM.

Plaintiffs appeal from the trial court's entry of judgment in accord with the jury verdict in defendant's favor. No error of law appears. An opinion reciting the facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 84.16(b).